*James F. Stapleton*, in opposition.

Decided October 31, 2000

THOMAS S. LUX *v.* ENVIRONMENTAL
WARRANTY, INC.

*Nathan A. Schatz* and *Richard P. Weinstein*, in support of the petition.

*Jeanine M. Dumont*, in opposition.

Decided October 31, 2000

TERESA KARUTZ *v.* FEINSTEIN AND
HERMAN, P.C., ET AL.

*David A. Kelly*, in support of the petition.

*Yinxia Long*, assistant attorney general, in opposition.

Decided October 31, 2000

EDWARD F. MACKOWSKI ET AL. *v.* PLANNING AND
ZONING COMMISSION OF THE TOWN OF
STRATFORD*

* The appeal was withdrawn September 21, 2001.

MCDONALD, C. J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16416.

*Shelley R. Sadin,* in support of the petition.

*Gregory P. Lynch,* in opposition.

Decided October 31, 2000

STATE OF CONNECTICUT *v.* KEVIN SOTO

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Louis S. Avitabile,* special public defender, in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.

Decided October 31, 2000

STATE OF CONNECTICUT *v.* MARK BANKS